IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SARAH E. SPIERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:24-cv-00174-REP |
| | ) |
| WHITEFORD, TAYLOR & PRESTON, LLP, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## FINANCIAL DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Whiteford, Taylor & Preston, LLP, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Dated: April 4, 2024

WHITEFORD, TAYLOR & PRESTON, LLP

By: /s/ *Nancy Y. Simpson*
Jennifer J. West (VSB No. 47522)
M. F. Connell Mullins, Jr. (VSB No. 47213)
Nancy Y. Simpson (VSB No. 97230)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:   (804) 697-2000
Facsimile:    (804) 697-2100
Email: jwest@spottsfain.com
Email: cmullins@spottsfain.com
Email: nsimpson@spottsfain.com
*Counsel for Whiteford, Taylor & Preston, LLP*