```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                       Richmond Division
```

SARAH E. SPIERS,

    Plaintiff,

v.                          Civil Action No. 3:24cv174

WHITEFORD, TAYLOR &
PRESTON, LLP,

    Defendant.

## ORDER

It appearing that the above-captioned case is set for an Initial Pretrial Conference on May 15, 2024; and, upon examination of the file and consideration of the Court's docket, and it appearing that this action would be sooner resolved if the parties consent to referral of the case in its entirety to a Magistrate Judge as the presiding judicial officer (of course, preserving the right to trial by jury if such has been demanded), it is hereby ORDERED that counsel shall confer with their respective clients and with each other to determine whether the parties will consent to assignment of the case to a Magistrate Judge as the presiding judicial officer. To that end, counsel for the plaintiff shall assure that the foregoing conferences occur not later than May 10, 2024, and that the Court is informed not later than 10:00 a.m. May 14, 2024 whether such consents (by all parties) have been given;

and, to avoid confusion, **counsel** **for** **each** **party** shall file, not later than 10:00 a.m. on May 14, 2024, a Statement Respecting Consent wherein the position of the party (whether consenting or not) shall be clearly set forth.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 9, 2024