# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| SARAH E. SPIERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:24-cv-00174-REP |
| | ) |
| WHITEFORD, TAYLOR & PRESTON, LLP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STATEMENT RESPECTING CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE

Pursuant to the Court's Order in the above-captioned matter entered on May 9, 2024, Whiteford, Taylor & Preston, LLP, by counsel, hereby consents to the assignment of this case to a Magistrate Judge as the presiding judicial officer.

Respectfully submitted,

Dated: May 13, 2024

WHITEFORD, TAYLOR & PRESTON, LLP

By: /s/ *Nancy Y. Simpson*
Jennifer J. West (VSB No. 47522)
M. F. Connell Mullins, Jr. (VSB No. 47213)
Nancy Y. Simpson (VSB No. 97230)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:    (804) 697-2000
Facsimile:    (804) 697-2100
Email: jwest@spottsfain.com
Email: cmullins@spottsfain.com
Email: nsimpson@spottsfain.com
*Counsel for Whiteford, Taylor & Preston, LLP*