UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Sarah E. Spiers<br>    Plaintiff<br><br>v.<br><br>Whiteford, Taylor & Preston, LLP<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | 3:24-CV-174-REP<br><br>**JURY DEMANDED** |

## CONSENT TO MAGISTRATE JURISDICTION

Comes now your plaintiff, by counsel, and pursuant to this court's order CONSENTS to the

jurisdiction of a Magistrate Judge as presiding officer pursuant to 28 U.S.C. §636.

**Sarah E. Spiers**

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 13 May 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer West, Esq.
M.F. Connell Mullins, Esq.
Nancy Y. Simpson, Esq.
Counsel for Whiteford Taylor

And to the following non-filing users:

NONE

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)