```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                       Richmond Division
```

SARAH E. SPIERS,

    Plaintiff,

v.                                Civil Action No. 3:24cv174

WHITEFORD, TAYLOR & PRESTON,
LLP,

    Defendant.

## ORDER

Having considered the defendant's STATEMENT RESPECTING CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE (ECF No. 10) and the plaintiff's CONSENT TO MAGISTRATE JURISDICTION (ECF No. 11), and upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge Summer L. Speight for all purposes except settlement negotiations, which are hereby referred to Magistrate Judge Mark R. Colombell. It is further ORDERED that the Initial Pretrial Conference scheduled on the undersigned's docket for 11:00 a.m. May 15, 2024 is cancelled.

    The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell and Magistrate Judge Speight.

    It is so ORDERED.

                                             /s/    /REP/
                                     Robert E. Payne
                                     Senior United States District Judge

Richmond, Virginia
Date: May 14, 2024