UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Sarah E. Spiers<br>     Plaintiff<br><br>v.<br><br>Whiteford, Taylor & Preston, LLP<br>     Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | 3:24-CV-174-SLS |

## STIPULATION OF DISMISSAL

COMES NOW the plaintiff, by counsel, and Defendant by counsel and STIPULATES that this matter is DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear its own costs and expenses.

Sarah E. Spiers                                                         Whiteford, Taylor & Preston, LLP

                                                                                  /s/ M.F. Connell Mullins                  
   /s/ Jason M. Krumbein                                  Jennifer J. West, Esq. VSB#47522
Jason M. Krumbein, Esq. VSB#43538          JWest@SpottsFain.com
JKrumbein@KrumbeinLaw.com (e-mail)    M.F. Connell Mullins, Jr. Esq. VSB#47213
Counsel for Plaintiff                                       CMullins@SpottsFain.com
1650 Willow Lawn Drive, Suite 201              Nancy Y. Simpson. Esq. VSB#97230
Richmond, VA 23230                                      NSimpson@SpottsFain.com
804.592.0792                                                    Spotts Fain, PC
804.823.2565 (fax)                                           411 E. Franklin St. Suite 600
                                                                            Richmond, VA 23219
                                                                            804.697.2000
                                                                            804.697.2100 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 24 June 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer West, Esq.
M.F. Connell Mullins, Esq.
Nancy Y. Simpson, Esq.
Counsel for Whiteford Taylor

And to the following non-filing users:

NONE

                                                                                          _____/s/_____
                                                          Jason M. Krumbein, Esq. VSB# 43538
                                                          JKrumbein@KrumbeinLaw.com
                                                          Krumbein Consumer Legal Services, Inc.
                                                          1650 Willow Lawn Drive, Suite 201
                                                          Richmond, VA 23230
                                                          (804) 592-0792 - Telephone
                                                          (804) 823-2565 – Facsimile

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)